Darrel R. Jarvis (OSB #955013)
djarvis@medfordlaw.net
**JARVIS, DREYER, GLATTE,**
**LARSEN & BUNICK, LLP**
823 Alder Creek Drive
Medford, Oregon 97504
Telephone: (541) 772-1977
Facsimile: (541) 772-3443

Timothy D. Nichols (Admitted *pro hac vice*)
tnichols@wnlaw.com
Brian N. Platt (Admitted *pro hac vice*)
bplatt@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Darex, LLC, dba Work Sharp*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| DAREX, LLC, dba WORK SHARP, | Case No. 1:22-cv-00650-MC |
| Plaintiff, | **PERMANENT INJUNCTION** |
| v. | Judge Michael J. McShane |
| TOOL ON STORE, | |
| Defendant. | |

1

THIS MATTER COMES before the Court on a Proposed Permanent Injunction submitted by Plaintiff Darex, LLC, dba Work Sharp ("Work Sharp" or "Plaintiff") pursuant to this Court's Order Granting Plaintiff's Motion for Default Judgment. ECF No. 21. Having reviewed the Proposed Permanent Injunction submitted by Plaintiff and being otherwise duly and fully advised in the premises thereof, the Court hereby ORDERS and ADJUDGES as follows:

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. Plaintiff Work Sharp is a limited liability company organized and existing under the laws of the State of Oregon with a principal place of business at 210 E Hersey St, Ashland, OR 97520.

2. Defendant Tool On Store ("Defendant") is a company existing under the laws of Indonesia with a principal place of business at JI, KH Zainul Arifin, Ruko Ketapang Jaya Jakarta Pusat 10130 Jakarta, Ruko Ketapand Jaya, Indonesia, and doing business through its website at URL www.tool-on-store.com.

3. The Court has subject matter jurisdiction over the dispute that is the subject of this Permanent Injunction.

4. The Court has personal jurisdiction over the Defendant.

5. Venue is proper in this Court.

6. Work Sharp obtained U.S. copyright registration (Registration Number: VA0002217344 (the "'344 Copyright") for the product image shown below. Work Sharp is the owner of the '344 Copyright.



7.      Work Sharp obtained U.S. copyright registration (Registration Number: VA0002217308 (the "'308 Copyright") for the product image shown below.  Work Sharp is the owner of the '308 Copyright.



8.      Work Sharp obtained U.S. copyright registration (Registration Number: VA0002223798 (the "'798 Copyright") for the product image shown below.  Work Sharp is the owner of the '798 Copyright.



9.      Work Sharp obtained U.S. copyright registration (Registration Number: VA0002246408 (the "408 Copyright") for the product image shown below. Work Sharp is the owner of the '408 Copyright.



10.     Defendant made and used unauthorized reproductions of Work Sharp's original works, which are the subject of the '344 Copyright, the '308 Copyright, the '798 Copyright, and the '2408 Copyright (collectively, the "Work Sharp Copyrights") as set forth in Paragraph 20 of the Complaint and as shown below:

4









TOOL ON STORE
Search
Advanced Search Search Tips
$0.00
AIR TOOLS + COMPRESSORS GENERATORS LAWN + GARDEN LOGGING MATERIAL HANDLING POWER TOOLS PRESSURE WASHERS
Home › Sharpeners + Accessories › Work Sharp Tool Sharpener, Model# WS3000
RECENTLY VIEWED
Work Sharp Knife and Tool Sharpener, Model# WSKTS
$24.71
Compare
Work Sharp Tool Sharpener, Model# WS3000
$67.13
Compare
Work Sharp Combo Knife Sharpener, Model# WSCMB
$17.65
Compare
Work Sharp Replacement Belts — 6-Pk., P80 Coarse, for Work Sharp Knife & Tool Sharpener,
WORK SHARP TOOL SHARPENER, MODEL# WS3000
Price: $67.13
Brand: Work Sharp
Condition: New
Availability: in stock
Shipping: Calculated at checkout
Quantity: 1
ADD TO CART
Add to Wish List
Click the button below to add the Work Sharp Tool Sharpener, Model# WS3000 to your wish list.
Add to Wish List

TOOL ON STORE
Search
Advanced Search Search Tips
$0.00
AIR TOOLS + COMPRESSORS GENERATORS LAWN + GARDEN LOGGING MATERIAL HANDLING POWER TOOLS PRESSURE WASHERS
Home › Sharpeners + Accessories › Work Sharp Knife and Tool Sharpener — Ken Onion Edition, Model# WSKTS-KO
RECENTLY VIEWED
Work Sharp Combo Knife Sharpener, Model# WSCMB
$17.65
Compare
Work Sharp Tool Sharpener, Model# WS3000
$67.13
Compare
Work Sharp Knife and Tool Sharpener, Model# WSKTS
$24.71
Compare
Work Sharp Replacement Belts — 6-Pk., P80 Coarse, for Work Sharp Knife & Tool Sharpener, Model# WSSA0002703
WORK SHARP KNIFE AND TOOL SHARPENER — KEN ONION EDITION, MODEL# WSKTS-KO
Price: $45.91
Brand: Work Sharp
Condition: New
Availability: in stock
Shipping: Calculated at checkout
Quantity: 1
ADD TO CART
Add to Wish List
Click the button below to add the Work Sharp Knife and Tool Sharpener — Ken Onion Edition, Model# WSKTS-KO to your wish list.
Add to Wish List

TOOL ON STORE
Search
Advanced Search Search Tips
$0.00
AIR TOOLS + COMPRESSORS
GENERATORS
LAWN + GARDEN
LOGGING
MATERIAL HANDLING
POWER TOOLS
PRESSURE WASHERS
RECENTLY VIEWED
Work Sharp Knife and Tool Sharpener — Ken Onion Edition, Model# WSKTS-KO
$45.91
Compare
Work Sharp Combo Knife Sharpener, Model# WSCMB
$17.65
Compare
Work Sharp Tool Sharpener, Model# WS3000
$67.13
Compare
Work Sharp Knife and Tool Sharpener, Model# WSKTS
$24.71
Compare
Home › Sharpeners + Accessories › Drill Doctor Drill Bit Sharpener for Split-Point Bits — 3/32in. Dia. to 1/2in. Dia. Bits, Model# DD500X
DRILL DOCTOR DRILL BIT SHARPENER FOR SPLIT-POINT BITS — 3/32IN. DIA. TO 1/2IN. DIA. BITS, MODEL# DD500X
Price: $35.31
Brand: Drill Doctor
Condition: New
Availability: in stock
Shipping: Calculated at checkout
Quantity: 1
ADD TO CART
Add to Wish List
Click the button below to add the Drill Doctor Drill Bit Sharpener for Split-Point Bits — 3/32in. Dia. to 1/2in. Dia. Bits, Model# DD500X to your wish list.
Add to Wish List

TOOL ON STORE
Search
Advanced Search Search Tips
$0.00
AIR TOOLS + COMPRESSORS
GENERATORS
LAWN + GARDEN
LOGGING
MATERIAL HANDLING
POWER TOOLS
PRESSURE WASHERS
RECENTLY VIEWED
Drill Doctor Drill Bit Sharpener for Split-Point Bits — 3/32in. Dia. to 1/2in. Dia. Bits, Model# DD500X
$35.31
Compare
Work Sharp Knife and Tool Sharpener — Ken Onion Edition, Model# WSKTS-KO
$45.91
Compare
Work Sharp Combo Knife Sharpener, Model# WSCMB
$17.65
Compare
Work Sharp Tool Sharpener, Model#
Home › Sharpeners + Accessories › Drill Doctor Diamond Sharpening Wheel — 100-Grit, Model# DA31325GF
DRILL DOCTOR DIAMOND SHARPENING WHEEL — 100-GRIT, MODEL# DA31325GF
Price: $8.83
Brand: Drill Doctor
Condition: New
Availability: in stock
Shipping: Calculated at checkout
Quantity: 1
ADD TO CART
Add to Wish List
Click the button below to add the Drill Doctor Diamond Sharpening Wheel — 100-Grit, Model# DA31325GF to your wish list.
Add to Wish List

## FINDINGS ON PERMANENT INJUNCTION

11. Work Sharp has prevailed on the merits of its claims for copyright infringement.

12. Work Sharp has suffered and will continue to suffer irreparable harm by reason of the Defendant's continued infringement of the Work Sharp Copyrights.

13. The balance of hardships and public policy favor the issuance of a permanent injunction in favor of Work Sharp. A permanent injunction will not adversely affect the public interest.

## PERMANENT INJUNCTION

14. Defendant, its officers, agents, servants, employees, and all persons acting in active concert or participation with it who receives actual notice of this injunction by personal service or otherwise, are hereby permanently enjoined as follows: Defendant is enjoined from producing, reproducing, distributing, copying, or using any graphic or pictorial representation protected by any copyright owned by Work Sharp or any substantially similar variation thereof in connection with any product, packaging, product listing, or any other product sale.

15. The Court shall maintain jurisdiction over this action for purposes of enforcement of this Permanent Injunction.

IT IS SO ORDERED.

DATED this __9th__ day of __February__ 2023.

                              __s/Michael J. McShane_____
                              Michael J. McShane
                              United States District Judge